**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **My Kidz Dentist PC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8949292** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1741 Newnan Crossing Blvd**<br>**Newnan, GA 30265**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Coweta**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **My Kidz Dentist PC**                                    Case number (*if known*) _____

Name

---

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **My Kidz Dentist PC**                                    Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

| ■ | **Statistical and administrative information** |

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **My Kidz Dentist PC**                                              Case number (*if known*) _____
          Name

---

█      **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2019**
               MM / DD / YYYY

**X** **/s/ Dr. Lona Bibbs-Walker** _____          **Dr. Lona Bibbs-Walker** _____
Signature of authorized representative of debtor            Printed name

Title _____

---

**18. Signature of attorney**

**X** **/s/ Ian M. Falcone** _____    Date **December 13, 2019**
Signature of attorney for debtor                    MM / DD / YYYY

**Ian M. Falcone 254470**
Printed name

**The Falcone Law Firm, P.C.**
Firm name

**363 Lawrence Street**
**Marietta, GA 30060**
Number, Street, City, State & ZIP Code

Contact phone    **(770) 426-9359**    Email address    **attorneys@falconefirm.com**

**254470 GA**
Bar number and State

---

Debtor    **My Kidz Dentist PC**                                                    Case number (*if known*) _____
Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
amended filing

---

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **My Kidz Dentist of Carrollton** | | Relationship to you | **Affiliate** |
|--------|-----------------------------------|--|---------------------|---------------|
| District | **Northern District of GA- NEWNAN** | When **12/13/19** | Case number, if known | |
| Debtor | **My Kidz Dentist of Fayetteville** | | Relationship to you | **Affiliate** |
| District | **Nothern District of GA-NEWNAN** | When **12/13/19** | Case number, if known | |

---

**Fill in this information to identify the case:**

Debtor name    **My Kidz Dentist PC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December 13, 2019__          X /s/ Dr. Lona Bibbs-Walker
                                               Signature of individual signing on behalf of debtor

                                               **Dr. Lona Bibbs-Walker**
                                               Printed name

                                               _____
                                               Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **My Kidz Dentist PC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Avesis c/o Steve Maniloff/Montgomery 1735 Market Street Philadelphia, PA 19103 | | Medicaid Overpayment | | | | $216,184.00 |
| Axos Bank 9205 W. Russell Rd, Ste 400 Las Vegas, NV 89148 | | 15th Priority inventory, goods, equipment, accounts, ARs chattel paper, equipment, intangibles, furiture, | | $254,227.00 | $0.00 | $254,227.00 |
| Balboa Capital PO BOx 15270 Irvine, CA 92623 | | Business Loan | | | | $61,084.00 |
| CapFlow 2232 Brigham Street #5 Brooklyn, NY 11229 | | Business Loan | | | | $21,585.00 |
| Chase Ink Business Card Card Services PO Box 15298 Wilmington, DE 19850 | | Credit card purchases | | | | $12,870.00 |
| Communtiy Bank of Pickens Co 15 Sammy McGhee Blvd Jasper, GA 30143 | | 3rd Prioirity Fixtures, equipment, ARs, inventory, chattel paper, accounts, intangibles | | $553,786.00 | $0.00 | $553,786.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **My Kidz Dentist PC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Communtiy Bank of Pickens Co 15 Sammy McGhee Blvd Jasper, GA 30143** | | **4th Priority Fixtures, equipment, ARs, chattel paper, intangibles** | | $491,970.00 | $0.00 | $491,970.00 |
| **Corporation Service Company as representative PO Box 2576 Springfield, IL 62708** | | **6th Priority Accounts, proceeds, chattel paper, assets, fixtures,intangibles,equipment, inventory** | | $21,585.00 | $0.00 | $21,585.00 |
| **IKUKA Capital 162 Elmora Ave Elizabeth, NJ 07202** | | **Business Loan** | | | | $29,980.00 |
| **Live Oak Bank 1741 Tiburon Drive Wilmington, NC 28403** | | **1st priority Inventory, ARs, Chattel Paper, intangibles, equipment, fixtures, negotiable instrumetns, machinery, proceeds** | | $170,007.00 | $0.00 | $170,007.00 |
| **Mr. Advance Capital LLC 116 Nassau Street, Ste 804 New York, NY 10038** | | **18th Priority assets, accounts, ARs, chattel paper, inventory, equipment, intangibles** | | $37,035.00 | $0.00 | $37,035.00 |
| **Opportunity Fund Community Dev 111 W. Saint John Street San Jose, CA 95113-1113** | | **12th Priority Equipment, ARs, Accounts, chattel papter, negotiable intruments, allests, inventory intangibles, assets** | | $44,678.00 | $0.00 | $44,678.00 |
| **Patterson Dental 1775 W. Oak Parkway #500 Marietta, GA 30062** | | **Supplier** | | | | $44,304.00 |
| **Pawnee Leasing Corp 700 Centre Ave Fort Collins, CO 80528** | | **5th Priority assets, chattel paper, accounts, secuity deposits, certain equipment** | **Disputed** | $15,813.00 | $0.00 | $15,813.00 |

Debtor   **My Kidz Dentist PC**                                                          Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Payroll Funding Company** 10785 W. Twain Ave, Ste 200 Las Vegas, NV 89135 | | **17th Priority accounts, goods, intangibles** | | $36,923.00 | $0.00 | $36,923.00 |
| **PW Funding LLC** 3300 Highlands Pkwy, Ste 290 Smyrna, GA 30082 | | **14th Priority Personal property, accounts,contracts, chattel paper, insuranace receivables, intagibles, equipment, inventory,** | | $63,529.00 | $0.00 | $63,529.00 |
| **Stearns Bank NA** 500  13th Street Albany, MN 56307 | | **Fixtures and equipment, Nomad Pro2 introral xray,Dell Computers, Sexis sensor system,scaler, panoramix xray, sterilizer, imaging system, cleansor,** | | $95,953.00 | $0.00 | $95,953.00 |
| **Total Merchant Resources** 377 Hoes Lane , Ste 240 Piscataway, NJ 08854 | | **Business Loan** | | | | $31,722.92 |
| **United Health Care All Savers** PO Box 31375 Salt Lake City, UT 84131 | | **Services** | | | | $13,811.00 |
| **Viva Healthcare Funding LLC** 8981 Castner Drive, ste E El Paso, TX 79907 | | **9th Priority assets, Ars,** | | $476,000.00 | $0.00 | $476,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **My Kidz Dentist PC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | **Summary of Assets** |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

  1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................. $ **0.00**

  1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. $ **6,266,597.00**

  1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $ **6,266,597.00**

---

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **2,296,506.27**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ **0.00**

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **493,133.92**

4.  Total liabilities ......................................................................................................
  Lines 2 + 3a + 3b $ **2,789,640.19**

**Fill in this information to identify the case:**

Debtor name  **My Kidz Dentist PC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | 9628 | $447.00 |
| 3.2. | **Suntrust (balance as of Nov 30, 2019** | **Checking** | 2296 | $8,037.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | $8,484.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

Debtor   **My Kidz Dentist PC**                          Case number *(If known)* _____
Name

11b. Over 90 days old:     **480,771.82**   -   **345,658.82** =....   **$135,113.00**

face amount          doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                          **$135,113.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

�■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies**<br>Dental supplies | 11/2019 | Unknown | | $17,000.00 |

23.    **Total of Part 5.**                                          **$17,000.00**
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **My Kidz Dentist PC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment, computer equipment, dental equipment | Unknown | | $50,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $50,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2014 Chevy Traverse** | Unknown | KBB | $14,000.00 |
| 47.2.  **2015 Chevy Trax LS** | Unknown | KBB | $12,000.00 |
| 47.3.  **2015 Chevy Silverado** | Unknown | KBB | $30,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor    **My Kidz Dentist PC**                                          Case number *(if known)* _____
_____
Name

| 51. | **Total of Part 8.** | | **$56,000.00** |
|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** **Good Will of Business** | **Unknown** | | **$6,000,000.00** |

| 66. | **Total of Part 10.** | | **$6,000,000.00** |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **My Kidz Dentist PC**                                          Case number *(If known)* _____
          Name

■ No.  Go to Part 12.
□ Yes  Fill in the information below.

Debtor    **My Kidz Dentist PC**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,484.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $135,113.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $17,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $56,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $6,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,266,597.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,266,597.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **My Kidz Dentist PC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS) |
| Case number (if known) _____ |

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Column A | Column B |
|---|---|---|---|---|
|  | | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | | Do not deduct the value of collateral. | |

| 2.1 | **Alfa Advance LLC** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|
|  | Creditor's Name | **8th Priority** | | |
|  |  | **Recievables, inventory, equipment, accounts, intangibles** | | |
|  | **31-10  37th Ave, Ste 202** | | | |
|  | **Long Island City, NY 11109** | | | |
|  | Creditor's mailing address | Describe the lien | | |
|  |  | **UCC-1** | | |
|  |  | **Is the creditor an insider or related party?** | | |
|  |  | ☑ No | | |
|  | Creditor's email address, if known | ☐ Yes | | |
|  |  | **Is anyone else liable on this claim?** | | |
|  | **Date debt was incurred** | ☐ No | | |
|  | **3/18/2019** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
|  | **Last 4 digits of account number** | | | |
|  | **0897** | **As of the petition filing date, the claim is:** | | |
|  | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
|  |  | ☐ Contingent | | |
|  | ☑ No | ☐ Unliquidated | | |
|  | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed | | |

| 2.2 | **Ally Financial** | Describe debtor's property that is subject to a lien | $16,998.00 | $30,000.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2015 Chevy Silverado** | | |
|  | **PO Box 380901** | | | |
|  | **Minneapolis, MN 55438** | | | |
|  | Creditor's mailing address | Describe the lien | | |
|  |  | **Car Loan** | | |
|  |  | **Is the creditor an insider or related party?** | | |
|  |  | ☑ No | | |
|  | Creditor's email address, if known | ☐ Yes | | |
|  |  | **Is anyone else liable on this claim?** | | |
|  | **Date debt was incurred** | ☐ No | | |
|  |  | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
|  | **Last 4 digits of account number** | | | |
|  | **3933** | **As of the petition filing date, the claim is:** | | |
|  | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |

Debtor    **My Kidz Dentist PC**                                    Case number (if know)
          Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.3 | **Axos Bank** | Describe debtor's property that is subject to a lien | $254,227.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**9205 W. Russell Rd, Ste 400**
**Las Vegas, NV 89148**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/31/2019**
**Last 4 digits of account number**
**9700**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**15th Priority**
**inventory, goods, equipment, accounts, ARs chattel paper, equipment, intangibles, furiture,**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Communtiy Bank of Pickens Co** | Describe debtor's property that is subject to a lien | $553,786.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**15 Sammy McGhee Blvd**
**Jasper, GA 30143**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/30/2015**
**Last 4 digits of account number**
**8143**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3rd Prioirity**
**Fixtures, equipment, ARs, inventory, chattel paper, accounts, intangibles**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Communtiy Bank of Pickens Co** | Describe debtor's property that is subject to a lien | $491,970.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**15 Sammy McGhee Blvd**
**Jasper, GA 30143**

Creditor's mailing address

**4th Priority**
**Fixtures, equipment, ARs, chattel paper, intangibles**

**Describe the lien**
**UCC-1**

---

Debtor    **My Kidz Dentist PC**                                    Case number (if know) _____

_____
Name

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**7/30/2015**

■ No

**Last 4 digits of account number**

**8144**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Corporation Service Company** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |

Creditor's Name

**7th Priiority**
**Accounts, Chattel paper, ARs, intangibles,
inventory, equipment.proceeds and products**

**as representative
PO Box 2576
Springfield, IL 62708**

_____
Creditor's mailing address

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**10/25/2018**

☐ No

**Last 4 digits of account number**

**7798**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Corporation Service Company** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**7th Priiority**
**See also Legend Advanced
inventory, machinery, equipment, fixtures,
ARs, negotiable instruments, chattel paper,
intangibles**

**as representative
PO Box 2576
Springfield, IL 62708**

_____
Creditor's mailing address

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**6/27/2018**

■ No

**Last 4 digits of account number**

**0457**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **My Kidz Dentist PC**

Name    Case number (if know)    _____

---

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | **$21,585.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**as representative
PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

**6th Priority
Accounts, proceeds, chattel paper, assets,
fixtures,intangibles,equipment, inventory**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/19/2016**

**Last 4 digits of account number**
**0145**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**as representative
PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

**2nd Priority
Proceeds, assets**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/9/2015**

**Last 4 digits of account number**
**6154**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **CT Corporation systems** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**as representative
330 N. Brand Blvd, Ste 700
Glendale, CA 91203**

Creditor's mailing address

**16th Priority
assets, accounts, Ars, chattel paper,
equipment intangibles, inventory**

**Describe the lien**
**UCC-1**

---

Debtor    **My Kidz Dentist PC**                                  Case number *(if know)*
_____
Name

| | |
|---|---|

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Date debt was incurred**

**8/26/2019**

**Last 4 digits of account number**

**8196**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **De Lage Landen Financial** | **Describe debtor's property that is subject to a lien** | $3,524.27 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Equipment - Copier**

**111 Old Eagle School Rd
Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Equipment Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/3/2018**

**Last 4 digits of account number**

**8722**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Dell Financial Services LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Computer Equipment**

**MS-PS2DF-23 One Dell Way
Round Rock, TX 78682**

Creditor's mailing address

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/21/2018**

**Last 4 digits of account number**

**8001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  5 of 15

| Debtor | **My Kidz Dentist PC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

---

| 2.1 3 | **Financial Pacific Leasing Inc** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Equipment and Proceeds**

**PO Box 4568**
**Federal Way, WA 98063**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/9/2014**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6510**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **General Electric Capital Corp** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Communications equipment**

**1 Beacon Street**
**Boston, MA 02108-3107**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/14/2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1166**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **General Electric Capital Corp** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**communication equipment**

**1 Beacon Street**
**Boston, MA 02108-3107**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Debtor     **My Kidz Dentist PC**                                    Case number (if know) _____
_____
Name

11/14/2007
**Last 4 digits of account number**                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
1159
_____
**Do multiple creditors have an**                        **As of the petition filing date, the claim is:**
**interest in the same property?**                       Check all that apply
■ No                                                      ☐ Contingent
☐ Yes. Specify each creditor,                            ☐ Unliquidated
including this creditor and its relative                  ☐ Disputed
priority.

---

| 2.1 6 | **Innovative Energy Solutions** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name
**Equipment and Fixtures**

575 Anton Blvd, 12th Floor
Costa Mesa, CA 92626-7169
_____
Creditor's mailing address
**Describe the lien**
**UCC-1**
_____
**Is the creditor an insider or related party?**
_____
Creditor's email address, if known                       ■ No
☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred                                   ■ No
4/26/2018                                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
6520
**Do multiple creditors have an**                        **As of the petition filing date, the claim is:**
**interest in the same property?**                       Check all that apply
■ No                                                      ☐ Contingent
☐ Yes. Specify each creditor,                            ☐ Unliquidated
including this creditor and its relative                  ☐ Disputed
priority.

---

| 2.1 7 | **Legend Advance Funding II** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |

Creditor's Name
**13th priority**
**ARs, accounts**

767  3rd Ave, 32 Floor
New York, NY 10017
_____
Creditor's mailing address
**Describe the lien**
**UCC-1**
_____
**Is the creditor an insider or related party?**
_____
Creditor's email address, if known                       ■ No
☐ Yes
Date debt was incurred                                   **Is anyone else liable on this claim?**
☐ No
**Last 4 digits of account number**                      ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
0457
**Do multiple creditors have an**                        **As of the petition filing date, the claim is:**
**interest in the same property?**                       Check all that apply
■ No                                                      ☐ Contingent
☐ Yes. Specify each creditor,                            ☐ Unliquidated
including this creditor and its relative                  ☐ Disputed
priority.

---

| 2.1 8 | **LiftForward, Inc** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |

| Debtor | **My Kidz Dentist PC** | Case number (if known) |
|---|---|---|
| | Name | |

Creditor's Name

**261 Madison Ave**
**New York, NY 10016**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/27/2016**

**Last 4 digits of account number**
**0225**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**11th Priority**
**Assets, fixtures, accounts, chattel paper,**
**equipment, intangibles**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Live Oak Bank** | | **$170,007.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1741 Tiburon Drive**
**Wilmington, NC 28403**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/5/2015**

**Last 4 digits of account number**
**0835**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1st priority**
**Inventory, ARs, Chattel Paper, intangibles,**
**equipment, fixtures, negotiable instrumetns,**
**machinery, proceeds**

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Mr. Advance Capital LLC** | | **$37,035.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**116 Nassau Street, Ste 804**
**New York, NY 10038**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/18/2019**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**18th Priority**
**assets, accounts, ARs, chattel paper,**
**inventory, equipment, intangibles**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor   **My Kidz Dentist PC**                                          Case number *(if know)*

Name

**1032**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **Opportunity Fund Community Dev** | **Describe debtor's property that is subject to a lien** | $44,678.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **12th Priority** | | |
| | | **Equipment, ARs, Accounts, chattel paper, negotiable intruments, allests, inventory intangibles, assets** | | |
| | **111 W. Saint John Street San Jose, CA 95113-1113** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **5/1/2018** | | | |
| | **Last 4 digits of account number** | | | |
| | **7197** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | **Do multiple creditors have an interest in the same property?** | ☐ Contingent | | |
| | ■ No | ☐ Unliquidated | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed | | |

---

| 2.2 2 | **Pawnee Leasing Corp** | **Describe debtor's property that is subject to a lien** | $15,813.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **5th Priority** | | |
| | | **assets, chattel paper, accounts, secuity deposits, certain equipment** | | |
| | **700 Centre Ave Fort Collins, CO 80528** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | | ☐ No | | |
| | **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **9/10/2016** | | | |
| | **Last 4 digits of account number** | | | |
| | **9835** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | **Do multiple creditors have an interest in the same property?** | ☐ Contingent | | |
| | ■ No | ☐ Unliquidated | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Disputed | | |

---

| 2.2 3 | **Payroll Funding Company** | **Describe debtor's property that is subject to a lien** | $36,923.00 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **My Kidz Dentist PC**                                          Case number (if know)
_____
Name

| | |
|---|---|
| Creditor's Name | **17th Priority** |
| **10785 W. Twain Ave, Ste 200** | **accounts, goods, intangibles** |
| **Las Vegas, NV 89135** | |

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/29/2019**

**Last 4 digits of account number**
**9838**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | | | | |
|---|---|---|---|---|
| | **PW Funding LLC** | Describe debtor's property that is subject to a lien | $63,529.00 | $0.00 |
| | Creditor's Name | **14th Priority** | | |
| | **3300 Highlands Pkwy, Ste 290** | **Personal property, accounts,contracts, chattel paper, insuranace receivables, intagibles, equipment, inventory,** | | |
| | **Smyrna, GA 30082** | | | |

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/2/2019**

**Last 4 digits of account number**
**8666**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | | | | |
|---|---|---|---|---|
| | **Stearns Bank NA** | Describe debtor's property that is subject to a lien | $95,953.00 | $0.00 |
| | Creditor's Name | **Fixtures and equipment, Nomad Pro2 introral xray,Dell Computers, Sexis sensor system,scaler, panoramix xray, sterilizer, imaging system, cleansor,** | | |
| | **500  13th Street** | | | |
| | **Albany, MN 56307** | | | |

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/28/2018**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 15

Debtor    **My Kidz Dentist PC**                                          Case number (if know) _____
_____
Name

Last 4 digits of account number
**0525**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| �to Check all that apply | |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | **Viva Healthcare Funding LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| | **8981 Castner Drive, ste E El Paso, TX 79907** | **10th Priority assets, ARs,** | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **UCC-1** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **3/19/2019** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **1106** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 7 | **Viva Healthcare Funding LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$476,000.00** | **$0.00** |
| | **8981 Castner Drive, ste E El Paso, TX 79907** | **9th Priority assets, Ars,** | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **UCC-1** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **3/19/2019** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **4632** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 8 | **Wells Fargo Dealer Services** | Describe debtor's property that is subject to a lien | **$5,813.00** | **$14,000.00** |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **My Kidz Dentist PC**                                    Case number (if known) _____
_____
Name

Creditor's Name                           **2014 Chevy Traverse**

**PO Box 997517**
**Sacramento, CA 95899**

Creditor's mailing address                **Describe the lien**
                                          **Car Loan**
                                          **Is the creditor an insider or related party?**
                                          ■ No
Creditor's email address, if known        ☐ Yes
                                          **Is anyone else liable on this claim?**
**Date debt was incurred**                ☐ No
                                          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**3753**
**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

2.2 **Wells Fargo Dealer**
9   **Services**                          **Describe debtor's property that is subject to a lien**    $8,665.00       $12,000.00
Creditor's Name                           **2015 Chevy Trax LS**

**PO Box 997517**
**Sacramento, CA 95899**

Creditor's mailing address                **Describe the lien**
                                          **Car Loan**
                                          **Is the creditor an insider or related party?**
                                          ■ No
Creditor's email address, if known        ☐ Yes
                                          **Is anyone else liable on this claim?**
**Date debt was incurred**                ☐ No
                                          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8912**
**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$2,296,506.2**
                                                                                                                 **7**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Capitol Services**<br>**PO Box 1831**<br>**Austin, TX 78767** | Line **2.23** | |

| Debtor | My Kidz Dentist PC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **CSC**<br>**801 Adial Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.6__ | |
| **CSC**<br>**801 Adial Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.7__ | |
| **CSC**<br>**801 Adial Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.8__ | |
| **CSC**<br>**801 Adial Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.18__ | |
| **CSC**<br>**801 Adial Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.25__ | |
| **CSC**<br>**801 Adial Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.9__ | |
| **CSC**<br>**801 Adial Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.19__ | |
| **CSC**<br>**801 Adial Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.20__ | |
| **CSC**<br>**801 Adial Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.3__ | |
| **CT Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line __2.13__ | |
| **Hayden Kepner, Esq.**<br>**Scroggins & Williamson**<br>**4401 Northside Pkwy, Ste 450**<br>**Atlanta, GA 30327** | Line __2.26__ | |
| **Hayden Kepner, Esq.**<br>**Scroggins & Williamson**<br>**4401 Northside Pkwy, Ste 450**<br>**Atlanta, GA 30327** | Line __2.27__ | |
| **Jeffrey Schaefer**<br>**Lease Direct**<br>**PO BOx 6980**<br>**Wayne, PA 19087** | Line __2.11__ | |
| **Kitchens Kelley Gaynes PC**<br>**Glenridge Highlands One**<br>**5555 Glenridge Conn, Ste 800**<br>**Atlanta, GA 30342** | Line __2.4__ | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 13 of 15

| Debtor | **My Kidz Dentist PC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Kitchens Kelley Gaynes PC**<br>**Glenridge Highlands One**<br>**5555 Glenridge Conn, Ste 800**<br>**Atlanta, GA 30342** | Line  **2.5** | |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line  **2.12** | |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line  **2.21** | |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line  **2.16** | |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line  **2.24** | |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line  **2.1** | |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line  **2.10** | |
| **Lift Forward Inc**<br>**180 Maiden Lane, 10th Floor**<br>**New York, NY 10038** | Line  **2.18** | |
| **Lynn Carroll, Esq.**<br>**Building 1, Ste 400**<br>**101 Village Parkway**<br>**Marietta, GA 30067** | Line  **2.4** | |
| **Lynn Carroll, Esq.**<br>**Building 1, Ste 400**<br>**101 Village Parkway**<br>**Marietta, GA 30067** | Line  **2.5** | |
| **Mark Good, Esq.**<br>**7415 Elgeberry Street**<br>**Suite 102**<br>**Gilroy, CA 95020** | Line  **2.21** | |
| **MCA Recovery LLC**<br>**Zachary Chsin**<br>**17 State Street, Ste 4000**<br>**New York, NY 10004** | Line  **2.20** | |
| **Melissa Lommel**<br>**500  13th Street**<br>**PO BOx 750**<br>**Albany, MN 56307** | Line  **2.25** | |
| **Mike Marshall**<br>**Viva Capital Funding**<br>**11427 Rojas Drive, ste A**<br>**El Paso, TX 79936** | Line  **2.26** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 14 of 15

Debtor    **My Kidz Dentist PC**                                   Case number (if know)    _____
           _____
           Name

**Mike Marshall**                                                 Line   **2.27**
**Viva Capital Funding**
**11427 Rojas Drive, ste A**
**El Paso, TX 79936**

---

**World Business Lending**                                        Line   **2.3**
**101 Hudson Street, 33rd Floor**
**Jersey City, NJ 07302**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **My Kidz Dentist PC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$436.00** |
|---|---|---|---|

**ADT Protection 1**
**830 Franklin Court, Ste A**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9834**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,022.00** |
|---|---|---|---|

**Airgas**
**2015 Vaughn Road, Bldg 400**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,276.00** |
|---|---|---|---|

**Ansafone**
**101 NE 2nd Street**
**Ocala, FL 34470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3607**

Basis for the claim:  **Services**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,097.00** |
|---|---|---|---|

**Atlanta Dental**
**1650 Satellite Blvd**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4404**

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **My Kidz Dentist PC**
_____
Name

Case number (if known) _____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216,184.00 |
|---|---|---|---|

**Avesis**
**c/o Steve Maniloff/Montgomery**
**1735 Market Street**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Medicaid Overpayment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,084.00 |
|---|---|---|---|

**Balboa Capital**
**PO BOx 15270**
**Irvine, CA 92623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2421**

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,683.00 |
|---|---|---|---|

**Bank of America**
**PO Box 982234**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0134**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,003.00 |
|---|---|---|---|

**Bank of America**
**PO Box 982234**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7606**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,011.00 |
|---|---|---|---|

**Blalock Heating and Air**
**111 Church Alley**
**Brooks, GA 30205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,585.00 |
|---|---|---|---|

**CapFlow**
**2232 Brigham Street #5**
**Brooklyn, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,730.00 |
|---|---|---|---|

**Chase Ink Business Card**
**Card Services**
**PO Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6147**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **My Kidz Dentist PC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,870.00** |
|---|---|---|---|

**Chase Ink Business Card**
**Card Services**
**PO Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **5909**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,019.00** |
|---|---|---|---|

**Cheng Crowns**
**PO box 5001**
**Exton, PA 19341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Clark Pest Remedy**
**3548 Jodeco Rd**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,896.00** |
|---|---|---|---|

**Darby Dental Supply**
**300 Jericho Quadrangle LI**
**Jericho, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Hammond Heating & Air**
**3412 Galilee Rd**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,646.00** |
|---|---|---|---|

**Home Depot**
**PO Box 182676**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,980.00** |
|---|---|---|---|

**IKUKA Capital**
**162 Elmora Ave**
**Elizabeth, NJ 07202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **My Kidz Dentist PC** | Case number *(if known)* | |
| | Name | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |

**LEAF Capital Funding LLC**
**1 Commerce Square**
**2005 Market Street,**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,414.00** |

**NuLink**
**2-A Jackosn Street**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplier**

Last 4 digits of account number  **4935**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,429.00** |

**Ora Labs**
**18685 E. Plaza Drive**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,304.00** |

**Patterson Dental**
**1775 W. Oak Parkway #500**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,414.00** |

**Quench Water**
**630 Allendale Rd, Ste 200**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,142.00** |

**RPM Rewards LLC**
**340 Youngs Cir**
**Fayetteville, GA 30215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,722.92** |

**Total Merchant Resources**
**377 Hoes Lane , Ste 240**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **My Kidz Dentist PC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,811.00** |

**United Health Care**
**All Savers**
**PO Box 31375**
**Salt Lake City, UT 84131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>Services</u>

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. | + $ | **493,133.92** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | **493,133.92** |

**Fill in this information to identify the case:**

Debtor name   **My Kidz Dentist PC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Has prepaid until 10/2022** | |
| | State the term remaining | **10/2022** | **Alliance Orthodontics** |
| | List the contract number of any government contract | | **1741 Newnan Crossing** **Newnan, GA 30265** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Future Receivables sale and purchase agreement** | |
| | State the term remaining | **unknown** | **Mr. Advance Capital LLC** |
| | List the contract number of any government contract | | **116 Nassau Street, Ste 804** **New York, NY 10038** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Newnan premissis** | |
| | State the term remaining | **5 years** | **Newnan Associates LLC** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **My Kidz Dentist PC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS) |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 **Lona Bibbs-Walker** | **193 Stanley Road Fayetteville, GA 30214** | **Legend Advance Funding II** | ■ D  **2.17** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Lona Bibbs-Walker** | **193 Stanley Road Fayetteville, GA 30214** | **Viva Healthcare Funding LLC** | ■ D  **2.27** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Lona Bibbs-Walker** | **193 Stanley Road Fayetteville, GA 30214** | **CT Corporation systems** | ■ D  **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Lona Bibbs-Walker** | **193 Stanley Road Fayetteville, GA 30214** | **Wells Fargo Dealer Services** | ■ D  **2.28** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 **Lona Bibbs-Walker** | **193 Stanley Road Fayetteville, GA 30214** | **Wells Fargo Dealer Services** | ■ D  **2.29** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **My Kidz Dentist PC** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Lona Bibbs-Walker** | 193 Stanley Road Fayetteville, GA 30214 | **Ally Financial** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **My Dental Career & Staffing LL** | 193 Stanley Rd Fayetteville, GA 30214 | **Mr. Advance Capital LLC** | ■ D __2.20__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **My Dental Career & Staffing LL** | 193 Stanley Rd Fayetteville, GA 30214 | **CT Corporation systems** | ■ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.9 | **My Kidz Dentist** | Of Fayetteville 193 Stanley Rd Fayetteville, GA 30214 | **Corporation Service Company** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.10 | **My Kidz Dentist** | of Carrollton LLC 1124 N. Park Street, Ste 202 Carrollton, GA 30117 | **Corporation Service Company** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.11 | **My Kidz Dentist** | Of Fayetteville 193 Stanley Rd Fayetteville, GA 30214 | **Mr. Advance Capital LLC** | ■ D __2.20__ ☐ E/F ____ ☐ G ____ |
| 2.12 | **My Kidz Dentist** | of Carrollton LLC 1124 N. Park Street, Ste 202 Carrollton, GA 30117 | **Mr. Advance Capital LLC** | ■ D __2.20__ ☐ E/F ____ ☐ G ____ |

| Debtor | **My Kidz Dentist PC** | | Case number *(if known)* | |

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.13 | **My Kidz Dentist** | **Of Fayetteville**<br>**193 Stanley Rd**<br>**Fayetteville, GA 30214** | **Viva Healthcare Funding LLC** | ■ D   __2.26__<br>☐ E/F   _____<br>☐ G   _____ |
| 2.14 | **My Kidz Dentist** | **Of Fayetteville**<br>**193 Stanley Rd**<br>**Fayetteville, GA 30214** | **Pawnee Leasing Corp** | ■ D   __2.22__<br>☐ E/F   _____<br>☐ G   _____ |
| 2.15 | **My Kidz Dentist** | **Of Fayetteville**<br>**193 Stanley Rd**<br>**Fayetteville, GA 30214** | **Alfa Advance LLC** | ■ D   __2.1__<br>☐ E/F   _____<br>☐ G   _____ |
| 2.16 | **My Kidz Dentist** | **of Carrollton LLC**<br>**1124 N. Park Street, Ste 202**<br>**Carrollton, GA 30117** | **Alfa Advance LLC** | ■ D   __2.1__<br>☐ E/F   _____<br>☐ G   _____ |
| 2.17 | **My Kidz Dentist** | **of Carrollton LLC**<br>**1124 N. Park Street, Ste 202**<br>**Carrollton, GA 30117** | **CT Corporation systems** | ■ D   __2.10__<br>☐ E/F   _____<br>☐ G   _____ |
| 2.18 | **My Kidz Dentist** | **Of Fayetteville**<br>**193 Stanley Rd**<br>**Fayetteville, GA 30214** | **IKUKA Capital** | ☐ D   _____<br>■ E/F   __3.18__<br>☐ G   _____ |
| 2.19 | **My Kidz Dentist** | **of Carrollton LLC**<br>**1124 N. Park Street, Ste 202**<br>**Carrollton, GA 30117** | **CapFlow** | ☐ D   _____<br>■ E/F   __3.10__<br>☐ G   _____ |

| Fill in this information to identify the case: |
|---|
| Debtor name    **My Kidz Dentist PC** |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS) |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other   **Operating a business (through September 30, 2019)** | **$1,987,549.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$3,736,526.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$2,293,154.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **My Kidz Dentist PC** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Viva Healthcare Funding LLC** 8981 Castner Drive, ste E El Paso, TX 79907 | 9/2019; 10/2019 | $40,794.76 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Atlanta Dental** 1650 Satellite Blvd Duluth, GA 30097 | 9/2019; 10/2019; 11/2019 | $7,372.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Aquina** 3300 Highlands Parkway #290 Smyrna, GA 30082 | | $34,341.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Kids Crowns** | | $9,023.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Axos Bank** 9205 W. Russell Rd, Ste 400 Las Vegas, NV 89148 | | $32,194.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,625. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **My Kidz Dentist PC**

Case number *(if known)* _____

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Avesis**<br>**Steven Maniloff**<br>**1735 Market Street**<br>**Philadelphia, PA 19103** | **Withholding medicaid payments**<br>Last 4 digits of account number: _____ | **August 2018**<br>**to date** | **$360,000.00** |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Viva Capital Funding LLC vs My Kidz Dentist PC et al**<br>**SUV2019001345-MB** | **Contract/Contempt** | **Superior Court of Coweta County Georgia**<br>**72 Greenville Street**<br>**Newnan, GA 30263** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Opportunity Fund Community Development vs My Kidz Dentist**<br>**19CV358957** | **Contract** | **Superior Court of Santa Clara California**<br>**191 North First Street**<br>**San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Community Bank of Pickens County vs My Kidz Dentist et al**<br>**19SV0522E** | **Foreclosure of Personal Property** | **State court of Coweta County GA**<br>**Coweta County Justice Center**<br>**72 Greenville Street**<br>**Newnan, GA 30263** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor  **My Kidz Dentist PC**                                          Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Falcone Law Firm, P.C.**<br>**363 Lawrence Street**<br>**Marietta, GA 30060** | **Attorney Fees** | **12/2019** | **$20,000.00** |
| | Email or website address<br>**attorneys@falconefirm.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|
| | | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    **My Kidz Dentist PC** _____    Case number *(if known)* _____

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**address, phone numbers, insurance information, social secuity numbers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **11/2/2019** | **$0.00** |
| 18.2. | **Chase Bank** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **2018** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **My Kidz Dentist PC**                                          Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

Debtor    **My Kidz Dentist PC** _____    Case number _(if known)_ _____

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **VAAS Professionals** **325 Edgewood Ave** **Atlanta, GA** | **2209-2016** |
| 26a.2.  **Etienne Business Solutions LLC** **2004 Eastview Parkway, Ste 102** **Conyers, GA 30013** | **2016-2019** |
| 26a.3.  **Frontline Tax Accounting Services** **2470 Windy Hill Road** **Marietta, GA 30067** | **2019- Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Debtor    **My Kidz Dentist PC**                                          Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Lona Bibbs** | **11/2019** | **500,000** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Lona Bibbs**<br>**1741 Newnan Crossing Blvd**<br>**Newnan, GA 30265** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lona Bibbs** | **151 Southgate Blvd**<br>**Stockbridge, GA 30281** | **President** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Lona Bibbs**<br>**193 Stanley Road**<br>**Fayetteville, GA 30214** | **$81,000.00** | **past year** | **salary** |
| | Relationship to debtor<br>**President** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **My Kidz Dentist PC**                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 13, 2019**

**/s/ Dr. Lona Bibbs-Walker**                          **Dr. Lona Bibbs-Walker**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **9**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia (ALL DIVISIONS)

In re   **My Kidz Dentist PC**

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept $ **20,000.00 (filing fee included)**

Prior to the filing of this statement I have received $ **20,000.00 ( Filing fee included)**

Balance Due $ **0.00**

2. $ **1717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. [Other provisions as needed]

All fees will be billed to the Client or Bankruptcy Estate at the rate of $350.00 per hour in increments of 1/10th of an hour, or any such other amount as determined by the court. Associate attorneys will be billed at $200.00 per hour, paralegals at $150.00 per hour and administrative assistants at $50.00 per hour. All rates are billed in increments of 1/10th of an hour with minimum of 2/10th per hour for any task.

All fees are subject to court approval and any fees incurred after the filing of client's petition will not be dispersed until such agreement is approved by the court. In no case will client be billed directly nor will any additional fees be collected from client unless expressly authorized by the court.

Attorney may send bills to client from time to time to keep client informed of time incurred. Attorney shall not seek any additional compensation directly from client unless expressly authorized by the Court.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **My Kidz Dentist PC**
_____

Case No. _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION**

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 13, 2019**
_____
_Date_

**/s/ Ian M. Falcone**
_____
**Ian M. Falcone 254470**
_Signature of Attorney_
**The Falcone Law Firm, P.C.**
**363 Lawrence Street**
**Marietta, GA 30060**
**(770) 426-9359   Fax: (770) 426-8968**
**attorneys@falconefirm.com**
_____
_Name of law firm_ |

12/13/19  3:14PM

# United States Bankruptcy Court
## Northern District of Georgia (ALL DIVISIONS)

In re  **My Kidz Dentist PC**                                                                 Case No. _____

Debtor(s)                          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 13, 2019**                              Signature  **/s/ Dr. Lona Bibbs-Walker**

**Dr. Lona Bibbs-Walker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia (ALL DIVISIONS)

In re  **My Kidz Dentist PC**

Debtor(s)

Case No. _____

Chapter  **11**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the ___ of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 13, 2019**

**/s/ Dr. Lona Bibbs-Walker**

**Dr. Lona Bibbs-Walker**/
Signer/Title

ADT Protection 1
830 Franklin Court, Ste A
Marietta, GA 30067


Airgas
2015 Vaughn Road, Bldg 400
Kennesaw, GA 30144


Alfa Advance LLC
31-10  37th Ave, Ste 202
Long Island City, NY 11109


Alliance Orthodontics
1741 Newnan Crossing
Newnan, GA 30265


Ally Financial
PO Box 380901
Minneapolis, MN 55438


Ansafone
101 NE 2nd Street
Ocala, FL 34470


Atlanta Dental
1650 Satellite Blvd
Duluth, GA 30097


Avesis
c/o Steve Maniloff/Montgomery
1735 Market Street
Philadelphia, PA 19103


Axos Bank
9205 W. Russell Rd, Ste 400
Las Vegas, NV 89148

Balboa Capital
PO BOx 15270
Irvine, CA 92623


Bank of America
PO Box 982234
El Paso, TX 79998


Blalock Heating and Air
111 Church Alley
Brooks, GA 30205


CapFlow
2232 Brigham Street #5
Brooklyn, NY 11229


Capitol Services
PO Box 1831
Austin, TX 78767


Chase Ink Business Card
Card Services
PO Box 15298
Wilmington, DE 19850


Cheng Crowns
PO box 5001
Exton, PA 19341


Clark Pest Remedy
3548 Jodeco Rd
McDonough, GA 30253


Communtiy Bank of Pickens Co
15 Sammy McGhee Blvd
Jasper, GA 30143

Corporation Service Company
as representative
PO Box 2576
Springfield, IL 62708


CSC
801 Adial Stevenson Drive
Springfield, IL 62703


CT Corporation systems
as representative
330 N. Brand Blvd, Ste 700
Glendale, CA 91203


CT Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Darby Dental Supply
300 Jericho Quadrangle Ll
Jericho, NY 11753


De Lage Landen Financial
111 Old Eagle School Rd
Wayne, PA 19087


Dell Financial Services LLC
MS-PS2DF-23 One Dell Way
Round Rock, TX 78682


Financial Pacific Leasing Inc
PO Box 4568
Federal Way, WA 98063


General Electric Capital Corp
1 Beacon Street
Boston, MA 02108-3107

Hammond Heating & Air
3412 Galilee Rd
Jacksonville, FL 32207


Hayden Kepner, Esq.
Scroggins & Williamson
4401 Northside Pkwy, Ste 450
Atlanta, GA 30327


Home Depot
PO Box 182676
Columbus, OH 43218


IKUKA Capital
162 Elmora Ave
Elizabeth, NJ 07202


Innovative Energy Solutions
575 Anton Blvd, 12th Floor
Costa Mesa, CA 92626-7169


Jeffrey Schaefer
Lease Direct
PO BOx 6980
Wayne, PA 19087


Kitchens Kelley Gaynes PC
Glenridge Highlands One
5555 Glenridge Conn, Ste 800
Atlanta, GA 30342


LEAF Capital Funding LLC
1 Commerce Square
2005 Market Street,
Philadelphia, PA 19103


Legend Advance Funding II
767 3rd Ave, 32 Floor
New York, NY 10017

Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Lift Forward Inc
180 Maiden Lane, 10th Floor
New York, NY 10038


LiftForward, Inc
261 Madison Ave
New York, NY 10016


Live Oak Bank
1741 Tiburon Drive
Wilmington, NC 28403


Lona Bibbs-Walker
193 Stanley Road
Fayetteville, GA 30214


Lynn Carroll, Esq.
Building 1, Ste 400
101 Village Parkway
Marietta, GA 30067


Mark Good, Esq.
7415 Elgeberry Street
Suite 102
Gilroy, CA 95020


MCA Recovery LLC
Zachary Chsin
17 State Street, Ste 4000
New York, NY 10004


Melissa Lommel
500  13th Street
PO BOx 750
Albany, MN 56307

Mike Marshall
Viva Capital Funding
11427 Rojas Drive, ste A
El Paso, TX 79936


Mr. Advance Capital LLC
116 Nassau Street, Ste 804
New York, NY 10038


My Dental Career & Staffing LL
193 Stanley Rd
Fayetteville, GA 30214


My Kidz Dentist
Of Fayetteville
193 Stanley Rd
Fayetteville, GA 30214


My Kidz Dentist
of Carrollton LLC
1124 N. Park Street, Ste 202
Carrollton, GA 30117


Newnan Associates LLC


NuLink
2-A Jackosn Street
Newnan, GA 30263


Opportunity Fund Community Dev
111 W. Saint John Street
San Jose, CA 95113-1113


Ora Labs
18685 E. Plaza Drive
Parker, CO 80134

Patterson Dental
1775 W. Oak Parkway #500
Marietta, GA 30062


Pawnee Leasing Corp
700 Centre Ave
Fort Collins, CO 80528


Payroll Funding Company
10785 W. Twain Ave, Ste 200
Las Vegas, NV 89135


PW Funding LLC
3300 Highlands Pkwy, Ste 290
Smyrna, GA 30082


Quench Water
630 Allendale Rd, Ste 200
King of Prussia, PA 19406


RPM Rewards LLC
340 Youngs Cir
Fayetteville, GA 30215


Stearns Bank NA
500 13th Street
Albany, MN 56307


Total Merchant Resources
377 Hoes Lane , Ste 240
Piscataway, NJ 08854


United Health Care
All Savers
PO Box 31375
Salt Lake City, UT 84131

```
Viva Healthcare Funding LLC
8981 Castner Drive, ste E
El Paso, TX 79907



Wells Fargo Dealer Services
PO Box 997517
Sacramento, CA 95899



World Business Lending
101 Hudson Street, 33rd Floor
Jersey City, NJ 07302
```

# United States Bankruptcy Court
## Northern District of Georgia (ALL DIVISIONS)

In re    **My Kidz Dentist PC**
                                                                            Case No.
                                                Debtor(s)                   Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **My Kidz Dentist PC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 13, 2019**                              **/s/ Ian M. Falcone**

Date                                                **Ian M. Falcone 254470**

                                                    Signature of Attorney or Litigant
                                                    Counsel for    **My Kidz Dentist PC**
                                                    **The Falcone Law Firm, P.C.**
                                                    **363 Lawrence Street**
                                                    **Marietta, GA 30060**
                                                    **(770) 426-9359 Fax:(770) 426-8968**
                                                    **attorneys@falconefirm.com**