IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:

MY KIDZ DENTIST PC

Debtor.

CHAPTER 11
CASE NO. 19-12506

EMERGENCY MOTION FOR IMPOSITION OF A CO-DEBTOR STAY
AS TO DEBTOR'S PRINCIPAL, Dr. LONA BIBBS

COMES NOW, MY KIDZ DENTIST PC, (the "Debtor"), moves the court pursuant to 11 USC § 105 for imposition of a co-debtor stay as to Debtor's principal, Dr. Lona Bibbs-Walker.

BACKGROUND

The Debtor, MY KIDZ DENTIST PC, is a pediatric dentist office located in Newnan, Georgia. The Debtor has affiliate entities, MY KIDZ DENTIST OF FAYETTEVILLE, LLC and MY KIDZ DENTIST OF CARROLLTON, LLC. All three of the entities are owned 100% by Dr. Lona Bibbs-Walker who operates the businesses.

Dr. Bibbs-Walker was injured in 2015 which resulted in a medical leave for approximately eight (8) months. In November 2018, she was involved in an altercation involving racial tension that resulted in the shooting of her husband and her arrest. During these times, Dr. Bibbs-Walker enlisted the services of Iesha Guillford Harris to act as CFO for the companies.

Ms. Harris did not fulfill her duties in a timely or professional manner. As a result, the companies became delinquent in their financial obligations. Ms. Harris encouraged Dr. Bibbs-Walker to enter into several aggressive payroll and merchant cash advance loans. These loans are currently past due.

On December 13, 2019 MY KIDZ DENTIST, PC. Filed the present Chapter 11 case. The Debtor is operating its business and managing its affairs as a debtor-in-possession under 11 USC §§ 1107 and 1108.

The total debt owed by the Debtor and the affiliated entities is approximately $2,800,000.00. Dr. Bibbs has received an offer to purchase fifty percent (50%) of her shares of

the Debtor and affiliated entities. Upon closing of this transaction, Dr. Bibbs will receive a sum in an amount that should pay no less than 90% of the current liabilities of the Debtor and the affiliated entities. Dr. Bibbs stands ready to contribute such funds as are required to pay all creditors of the Debtor and its affiliates. (See Attached Exhibit A). However, should Dr. Bibbs be unable to perform her duties for the Debtor and its affiliates, the transaction is unlikely to complete and the opportunity will be lost.

## RELIEF REQUESTED

The Debtor requests entry of an order, pursuant to 11 USC §105 to impose a co-debtor stay as to Debtor's principal, Dr. Lona Bibbs.

## BASIS FOR RELIEF

Section 105 of the Bankruptcy Code empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the title." (See 11 U.S.C. 105). Under this provision, several courts have found the authority to grant co-dentor stays in appropriate cases. (See *In re Kasual Kreation Inc.*, 54 Bankr 915 (Bankr S.D. Fla 1985)(imposing co-debtor stay over guarantor), *In re Comark*, 53 Bankr. 945 (Bankr C.D. Cal 1985)(imposing co-debtor stay over partner), *In re Arrow Huss, Inc.* 51 Bankr. 853 (Bankr. D. Utah 1985)(imposing co-debtor stay over guarantor), *In re Otero Mills, Inc.*, 21 Bankr. 777 (Bankr. D.N.M)(imposing co-debtor stay over guarantor), *aff'd* 25 Bankr. 1018 (D.N.M. 1982).

At least one court has stated, "The classic scenario which warrants such relief is an affirmative showing with competent proof that the non-debtors sought to be protected (1) have the financial wherewithal and (2) they are willing to contribute their credit, funds or properties to fund the plan of reorganization of the Debtor." *In re Regency Realty Assocs.*, 179 B.R. 717 (Bkrtcy. M.D. Fla. 1995). The Court further stated, "The second scenario involves a corporation where the sole principal in charge of the affairs of the corporation is entitled to protection because in the absence of the protection sought the principal [**6] will not be able to devote his or her time to the affairs of the Debtor and is entitled to a breathing spell and free from lawsuits and the attendant time consuming participation in discovery process which would prevent him or her to formulate a plan of reorganization and ultimately achieve rehabilitation. *In re Steven P.*

*Nelson, D.C., P.A.*, 140 Bankr. 814 (Bkrtcy. M.D. Fla. 1992)." *In re Regency Realty Assocs.*, 179 B.R. 717 (Bkrtcy. M.D. Fla. 1995).

WHEREFORE, the Debtor requests that the Court enter an order imposing a co-debtor stay over Debtor's principal, Dr. Lona Bibb.

This 16th day of December 2019

/s/ IAN M. FALCONE
Ian M. Falcone
Georgia Bar No. 254470
Attorney for Debtor

THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, GA  30060
(770) 426-9359
imf@falconefirm.com

STATE OF GEORGIA
COUNTY OF COBB

### AFFIDAVIT

Personally appeared before the undersigned attesting officer, authorized by law to administer oaths, Dr. Lona Bibbs-Walker, who, upon oath, deposes and states as follows:

1. My name is Dr. Lona Bibbs-Walker.
2. I am over 21 years of age. I am competent and suffering under no disabilities and I am offering this Affidavit for use in the above-referenced pending bankruptcy case.
3. I am the 100% owner of My Kidz Dentist, P.C.
4. I am the 100% owner of My Kidz Dentist of Fayetteville, LLC
5. I am the 100% owner of My Kidz Dentist of Carrollton, LLC
6. My personal services are essential to each of the businesses stated above.
7. I have received a written offer to purchase 50% of my ownership in each of the businesses.
8. The initial payment I will receive from the purchase is more than sufficient to pay all of the debt owed by each of the businesses.
9. I am prepared to contribute funds up to $2,500,000 to the collective bankruptcy cases to pay off the creditors in each of the cases.
10. If I am unable to perform my daily services for the businesses, they will likely close.

Further, Affiant sayeth not.

_____
Dr. Lona Bibbs-Walker

Sworn to and subscribed before me
this _13_ day of _Dec_, 2019.

_Teresa Lawrence_
(SEAL)        NOTARY PUBLIC
My commission expires:

TERESA LAWRENCE
Notary Public, Cobb County, Georgia
My Commission Expires April 9, 2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:  :
        :
MY KIDZ DENTIST PC  : CHAPTER 11
        : CASE NO. 19-12506
        Debtor.  :

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing EMERGENCY MOTION FOR IMPOSITION OF A CO-DEBTOR STAY AS TO DEBTOR'S PRINCIPAL, Dr. LONA BIBB on the trustee and all parties listed below and those on the attached sheet by depositing a true and complete copy of the same in the United States Mail, with adequate postage thereon:

US Trustee
362 Richard B. Russell Building
75 Spring Street
Atlanta GA 30303

This 16th day of December 2019

/s/ IAN M. FALCONE
Ian M. Falcone
Georgia Bar No. 254470

THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, GA 30060
(770) 426-9359
imf@falconefirm.com

Label Matrix for local noticing
113E-3
Case 19-12506
Northern District of Georgia
Newnan
Mon Dec 16 09:39:17 EST 2019

ADT Protection
830 Franklin Court, Ste A
Marietta, GA 30067-8939

Airgas
2015 Vaughn Road, Bldg 400
Kennesaw, GA 30144-7802

Alfa Advance LLC
11-10 37th Ave, Ste 202
Long Island City, NY 11101-2112

Alliance Orthodontics
1741 Newnan Crossing
Newnan, GA 30265-1599

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901

Ansafone
201 NE 2nd Street
Ocala, FL 34470-6642

Atlanta Dental
1650 Satellite Blvd
Duluth, GA 30097-4910

Avesis
c/o Steve Maniloff/Montgomery
1735 Market Street
Philadelphia, PA 19103-7501

Axos Bank
7205 W. Russell Rd, Ste 400
Las Vegas, NV 89148-1468

Balboa Capital
PO BOx 15270
Irvine, CA 92623-5270

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Blalock Heating and Air
11 Church Alley
Brooks, GA 30205-1814

CSC
801 Adial Stevenson Drive
Springfield, IL 62703-4261

CT Corporation systems
as representative
330 N. Brand Blvd, Ste 700
Glendale, CA 91203-2336

CT Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

CapFlow
2232 Brigham Street #5
Brooklyn, NY 11229-6141

Capitol Services
PO Box 1831
Austin, TX 78767-1831

Chase Ink Business Card
Card Services
PO Box 15298
Wilmington, DE 19850-5298

Cheng Crowns
PO box 5001
Exton, PA 19341-5001

Clark Pest Remedy
3548 Jodeco Rd
McDonough, GA 30253-5349

Communtiy Bank of Pickens Co
15 Sammy McGhee Blvd
Jasper, GA 30143-4098

Corporation Service Company
as representative
PO Box 2576
Springfield, IL 62708-2576

Darby Dental Supply
300 Jericho Quadrangle L1
Jericho, NY 11753-2700

De Lage Landen Financial
111 Old Eagle School Rd
Wayne, PA 19087-1453

Dell Financial Services LLC
MS-PS2DF-23 One Dell Way
Round Rock, TX 78682-0001

Ian M. Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060-2056

Financial Pacific Leasing Inc
PO Box 4568
Federal Way, WA 98063-4568

General Electric Capital Corp
1 Beacon Street
Boston, MA 02108-3107

Hammond Heating & Air
3412 Galilee Rd
Jacksonville, FL 32207-4718

Hayden Kepner, Esq.
Scroggins & Williamson
4401 Northside Pkwy, Ste 450
Atlanta, GA 30327-3011

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

IKUKA Capital
162 Elmora Ave
Elizabeth, NJ 07202-1148

Innovative Energy Solutions
575 Anton Blvd, 12th Floor
Costa Mesa, CA 92626-7169

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Jeffrey Schaefer
Lease Direct
PO BOx 6980
Wayne, PA 19087-8701

Kitchens Kelley Gaynes PC
Glenridge Highlands One
5555 Glenridge Conn, Ste 800
Atlanta, GA 30342-4728

LEAF Capital Funding LLC
1 Commerce Square
2005 Market Street,
Philadelphia, PA 19103-7042

Legend Advance Funding II
767  3rd Ave, 32 Floor
New York, NY 10017-2085

Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

Lift Forward Inc
180 Maiden Lane, 10th Floor
New York, NY 10038-5178

LiftForward, Inc
261 Madison Ave
New York, NY 10016-2311

Live Oak Bank
1741 Tiburon Drive
Wilmington, NC 28403-6244

Lona Bibbs-Walker
193 Stanley Road
Fayetteville, GA 30214-1101

Lynn Carroll, Esq.
Building 1, Ste 400
101 Village Parkway
Marietta, GA 30067-4058

MCA Recovery LLC
Zachary Chsin
17 State Street, Ste 4000
New York, NY 10004-1508

Mark Good, Esq.
7415 Elgeberry Street
Suite 102
Gilroy, CA 95020-5752

Melissa Lommel
500  13th Street
PO BOx 750
Albany, MN 56307-0750

Mike Marshall
Viva Capital Funding
1427 Rojas Drive, ste A
El Paso, TX 79936-6424

Mr. Advance Capital LLC
116 Nassau Street, Ste 804
New York, NY 10038-2481

My Dental Career & Staffing LL
193 Stanley Rd
Fayetteville, GA 30214-1101

My Kidz Dentist
of Fayetteville
193 Stanley Rd
Fayetteville, GA 30214-1101

My Kidz Dentist
of Carrollton LLC
1124 N. Park Street, Ste 202
Carrollton, GA 30117-2395

My Kidz Dentist PC
1741 Newnan Crossing Blvd
Newnan, GA 30265-6600

NuLink
2-A Jackosn Street
Newnan, GA 30263

Opportunity Fund Community Dev
111 W. Saint John Street
San Jose, CA 95113-1121

Ora Labs
18685 E. Plaza Drive
Parker, CO 80134-9061

ORA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PW Funding LLC
3300 Highlands Pkwy, Ste 290
Smyrna, GA 30082-7252

Patterson Dental
1775 W. Oak Parkway #500
Marietta, GA 30062-2267

| | | |
|---|---|---|
| (p)PAWNEE LEASING CORPORATION ATTN SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | Payroll Funding Company<br>10785 W. Twain Ave, Ste 200<br>Las Vegas, NV 89135-3028 | Quench Water<br>630 Allendale Rd, Ste 200<br>King of Prussia, PA 19406-1695 |
| RPM Rewards LLC<br>140 Youngs Cir<br>Fayetteville, GA 30215-7816 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Stearns Bank NA<br>500 13th Street<br>Albany, MN 56307-6401 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Total Merchant Resources<br>377 Hoes Lane, Ste 240<br>Piscataway, NJ 08854-4138 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |
| United Health Care<br>All Savers<br>PO Box 31375<br>Salt Lake City, UT 84131-0375 | Viva Healthcare Funding LLC<br>8981 Castner Drive, ste E<br>El Paso, TX 79907-1833 | Wells Fargo Dealer Services<br>PO Box 997517<br>Sacramento, CA 95899-7517 |
| World Business Lending<br>101 Hudson Street, 33rd Floor<br>Jersey City, NJ 07302-3905 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982234<br>El Paso, TX 79998 | Home Depot<br>PO Box 182676<br>Columbus, OH 43218 | Pawnee Leasing Corp<br>700 Centre Ave<br>Fort Collins, CO 80528 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Newnan Associates LLC | End of Label Matrix<br>Mailable recipients    72<br>Bypassed recipients    1<br>Total    73 |